# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| MARIA ESCOBEDO, | |
| Plaintiff, | Case No. 2:12-cv-00437-GMN-GWF |
| vs. | **ORDER** |
| APPLE NEVADA, LLC, | |
| Defendants. | |

This matter comes before the Court on Plaintiff's Motion (#34), filed on February 4, 2013. Plaintiff moves the Court to order "that Apple Nevada obtain new defendant (sic) to appear within 30 days." The Court is unable to discern any intelligible grounds for relief in the instant Motion. Furthermore, under Local Rule 7-2(d), the failure of a moving party to file points and authorities in support of the motion shall constitute a consent to the denial of the motion. Plaintiff does not cite any authorities in support of any relief she may be seeking. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Court Order that Apple Nevada Obtain new Defendant to Appear within 30 days or such other Period as the Court Determines to be Proper (#34) is **denied**.

DATED this 7th day of February, 2013.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge