UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MARIA ESCOBEDO,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>APPLE NEVADA, LLC,<br><br>　　　　Defendants. | Case No.  2:12-cv-00437-GMN-GWF<br><br>**ORDER** |

　　　　On February 20, 2013, the Court granted Defendant's Motion to Compel Arbitration (#31), staying this case and compelling Plaintiff to submit her claims to arbitration in accordance with the operative agreement between Plaintiff and Defendant. *See Order, Doc. #37*.  The Court further ordered Defendant to file with the Court a status update regarding any arbitration no later than November 19, 2013.  A status report was filed by Defendant advising the Court the parties were proceeding under the auspices of the American Arbitration Association.  Accordingly,

　　　　**IT IS ORDERED** counsel for the parties shall file a status report  by **March 10, 2014** advising the Court of the status of the arbitration.

　　　　DATED this 26th day of February, 2014.


　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　GEORGE FOLEY, JR.
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge